IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,                                      :

vs.                                                      :

                                                       :       Case No: 1:23-cr-00272

ROBERT HANNA                          :       Judge Timothy J. Kelly

      Defendant.                               :

**MOTION TO FILE DOCUMENT UNDER SEAL**

      Now come counsel for Defendant, Robert Hanna, and respectfully requests that this Court issue an Order allowing him to file Defendant's Sentencing Memorandum under seal, as said Memorandum contains confidential information, not subject to public disclosure.

                                                  Respectfully submitted:

                                                  JOSEPH MEDICI
                                                Federal Public Defender

                                                by s/James Sanchez_____
                                                James Sanchez (287552019 NJ)
                                                Fifth Third Center, Suite 490
                                                One South Main Street
                                                Dayton, Ohio 45402
                                                (937) 225-7687
                                                james_sanchez@fd.org

                                                Attorney for Defendant

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                                                      s/James Sanchez
                                                                      James Sanchez